## MITCHELL V. HAWKINS.
(Decided June 8, 1911.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

No counsel marked for either party.

Per curiam. Affirmed on certificate.